UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **MASIEH POURAHMAD,** | )<br>) |
| Petitioner, | ) No. CV 07-6142 SJO (AJW)<br>) |
| v. | )<br>) ORDER ADOPTING REPORT AND |
| **NICK DAWSON, Warden,** | ) RECOMMENDATION OF<br>) MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), respondent's objections and the Supplemental Report and Recommendation. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

9/29/10

DATED: _____

_____
S. James Otero
United States District Judge