UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**MASIEH POURAHMAD,**           )
                                )
        Petitioner,    ) Case No. CV 07-6142-SJO(AJW)
                                )
    v.                         ) JUDGMENT
                                )
**NICK DAWSON, Warden,**         )
                                )
        Respondent.    )
_____)

    It is hereby adjudged that the petition for a writ of habeas corpus is granted, and respondent is directed to calculate petitioner's term and set a release date in accordance with California Penal Code § 3041(a) date within thirty (30) days of the date of entry of judgment. If that release date has passed, respondent shall release petitioner on parole forthwith.

       9/29/10
Dated: _____

                         _____
                         S. James Otero
                         United States District Judge